**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7685**

_____

JASON ZAWADZKI,

Petitioner – Appellant,

v.

WARDEN TERRY O'BRIEN,

Respondent – Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Glen E. Conrad, District Judge.  (7:09-cv-00114-gec-mfu)

_____

Submitted:  April 22, 2010          Decided:  April 26, 2010

_____

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jason Zawadzki, Appellant Pro Se.  Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Zawadzki, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2006) petition for a writ of habeas corpus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Zawadzki v. O'Brien, No. 7:09-cv-00114-gec-mfu (W.D. Va. Aug. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED